IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION
No. 5:13-CT-3041-D

| | | |
|---|---|---|
| JORGE GALEAS, JR.–MENCHÚ, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | **ORDER** |
| | ) | |
| FNU GRAY, et al., | ) | |
| | ) | |
| Defendants. | ) | |

On February 14, 2013, Jorge Galeas, Jr.–Menchú ("Galeas" or "plaintiff"), a state inmate proceeding pro se, filed this action pursuant to 42 U.S.C. § 1983 [D.E. 1]. On May 2, 2013, Galeas filed a motion to "dismiss this complaint with prejudice in order that plaintiff can reject and accept for value the order as is required by UCC 3-419 and by public policy HJR 192" [D.E. 7]. On May 6, 2013, the court granted Galeas's motion for voluntary dismissal, but noted that Galeas is subject to 28 U.S.C. § 1915(g) [D.E. 8].

On May 13, 2013, Galeas filed a "truth affidavit in the nature of supplemental rules for administrative and maritime claims" [D.E. 10], which the clerk docketed as a motion for reconsideration. On May 16, 2013, Galeas filed a motion for entry of default [D.E. 11].

To the extent Galeas's "truth affidavit" [D.E. 10] is a motion, it is frivolous and is DENIED. Galeas's request for entry of default [D.E. 11] likewise is frivolous and is DENIED. The clerk shall not accept any further filings in this case.

SO ORDERED. This __1__ day of November 2013.

JAMES C. DEVER III
Chief United States District Judge